A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Rosenthal, Hamill & Wormser, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Edna Kunin, appellant. Gen. No. 23,708.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Rosenthal, Hamill & Wormser, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Lizzie Wexler, appellant. Gen. No. 23,709.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Rosenthal, Hamill & Wormser, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Sam Handleman, appellant. Gen. No. 23,711.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 7, 1919.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Rosenthal, Hamill & Wormser, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Lizzie Zielke, appellant. Gen. No. 23,712.

Contempt proceeding for violation of injunction. Judgment of

guilty.' Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1918. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Frances Schmidt, appellant. Gen. No. 23,713.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Mary Levin, appellant. Gen. No. 23,714.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Rose Blank, appellant. Gen. No. 23,715.

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Lewis T. Jacobson, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

Elizabeth J. Mollan, appellee, v. Chicago City Railway Company and Calumet & South Chicago Railway Company, appellants. Gen. No. 24,714.

Action to recover for personal injuries in collision of automobile,